**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-937-3950
Email Joev63542@aol.com

MEMO ENDORSED

VIA ECF

June 9, 2022

Hon. Kenneth M. Karas
United States District Court Judge
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Kaitlyn Slicker, 19 CR 2 (KMK)

Dear Judge Karas:

    I represented Kaitlyn Slicker via CJA appointment. I am requesting to be reassigned for purposes of this post-disposition application. On March 16, 2020, Ms. Slicker was sentenced, following guilty pleas to an information charging her with Drug conspiracy offenses, Hobbs Act Robbery and aiding and abetting a 924(c) offense, to time served (23 months) and 5 years supervised release. She commenced supervision on March 16, 2020.

    Ms. Slicker has been supervised by USPO Erica Cudina. As reported to me by Officer Cudina, while under supervision Ms. Slicker has been fully compliant with the terms of her sentence. She has not been charged or convicted of any federal or state offenses. She has successfully completed drug treatment programs, most recently the Saint John's Riverside Hospital outpatient program and has remained drug free since November 2020. Ms. Slicker is married, gave birth to a daughter ( 8 months old now), and has maintained a stable residence in Yonkers, New York with her family. She also is employed for a company doing commercial and residential cleaning. She has demonstrated by her conduct while being supervised over the last 2 years that she can live a productive law-abiding life without the need for probation supervision.

    This is a request pursuant to 18 USC 3582(e)(1) for early termination of supervised release and discharge of the defendant. Since she has served over 1 year of supervised release Ms. Slicker is eligible for early termination if the court is satisfied that such action is warranted by her conduct while supervised and the interest of justice. I discussed this request today with US Probation Officer Erica Cudina. Officer Cudina told me that based upon Ms. Slicker's conduct while under supervision she consents to the application. I had a further discussion with AUSA Jeffrey Hoffman, who was the prosecutor in this case. In response, Mr. Hoffman sent me an email indicating that the Government takes no position on this application.

    I will be happy to provide the court with any further information or documentation the court may require to evaluate this request.

Thank you for considering this application.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

In light of the Probation Office's consent and the lack of opposition from the Government, and given the representations herein, the application is granted.

So Ordered.

6/14/22